# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bulsara, Sanket J. | U.S. District Court for the Eastern District of New York | 04/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors - President and Member | Sunnyside Community Services |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Defined benefit pension plan with WILMERHALE (former law firm) |
| 2. | 2012 | Self-directed retirement account with WILMERHALE (former law firm) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | SUNY Stonybrook (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WELLS FARGO MONEY MARKET (CASH) | A | Interest | J | T | | | | | |
| 2. LEDYARD NATIONAL BANK (CASH) | A | Interest | K | T | | | | | |
| 3. CITIBANK, N.A. (CASH) | A | Interest | N | T | | | | | |
| 4. GUARDIAN LIFE INSURANCE WHOLE LIFE POLICY | A | Dividend | J | T | | | | | |
| 5. 45 GRAND ST FAMILY LLC | F | Int./Div. | L | W | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. ALPHABET INC. CLASS A (GOOGL) | | None | J | T | | | | | |
| 8. ALPHABET INC. CLASS C (GOOG) | | None | J | T | | | | | |
| 9. TIAA CREF HIGH YIELD FD RETAIL (TIYRX) | A | Dividend | J | T | | | | | |
| 10. AMANA GROWTH FUND INV (AMAGX) | A | Dividend | J | T | | | | | |
| 11. HANCOCK HORIZON BURKENROAD SM CAP INV (HHBUX) | A | Dividend | J | T | | | | | |
| 12. LAZARD INTL STRATEGIC EQUITY OPEN SHARES (LISOX) | A | Dividend | J | T | | | | | |
| 13. SCHWAB S&P 500 INDEX FD (SWPPX) | A | Dividend | J | T | | | | | |
| 14. SCHWAB 1000 INDEX FUND (SNXFX) | A | Dividend | J | T | | | | | |
| 15. IRA #2 (H) | | | | | | | | | |
| 16. SCHWAB TARGET 2040 FUND (SWERX) | C | Int./Div. | L | T | Buy | 12/05/17 | L | | |
| 17. BROKERAGE #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bulsara, Sanket J.** | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CHARLES SCHWAB DEPOSIT ACCOUNTS (CASH) | A | Interest | K | T | | | | | |
| 19. COMCAST CORP CL A (CMCSA) (X) | A | Dividend | J | T | | | | | |
| 20. CHARLES SCHWAB US REIT ETF (SCHH) | A | Dividend | J | T | | | | | |
| 21. ISHARES CORE MSCI EMERGING ETF (IEMG) | A | Dividend | J | T | | | | | |
| 22. ISHARES GOLD ETF (IAU) | | None | J | T | | | | | |
| 23. POWERSHARES QQQ TRUST SRS 1 ETF IV (QQQ) | A | Dividend | J | T | | | | | |
| 24. PWRSHS FTSE RAFI US 1500 SML MID ETF (PRFZ) | A | Dividend | J | T | | | | | |
| 25. SCHWAB FUNDA EMG MKTS LARGE ETF IV (FNDE) | A | Dividend | J | T | | | | | |
| 26. SCHWAB FUNDAMENTAL INL LARGE COM ETF (FNDF) | A | Dividend | J | T | | | | | |
| 27. SCHWAB FUNDAMENTAL INTL SMALL COM ETF (FNDC) | A | Dividend | J | T | | | | | |
| 28. SCHWAB FUNDAMENTAL US LARGE ETF IV (FNDX) | A | Dividend | J | T | | | | | |
| 29. SCHWAB INTERNATNAL SMALL CAP EQY ETF (SCHC) | A | Dividend | J | T | | | | | |
| 30. SPDR BLMBRG BRCLY HGH YLD BND ETF (JNK) | A | Dividend | J | T | | | | | |
| 31. SPDR NUVEEN BLMBRG BARCLAYS MUN BD ETF (TFI) | A | Dividend | J | T | | | | | |
| 32. VANGUARD EMERGING MKT GOV BND ETF DV (VWOB) | A | Dividend | J | T | | | | | |
| 33. VANGUARD FTSE DEVELOPED MARKETS ETF (VEA) | A | Dividend | J | T | | | | | |
| 34. VANGUARD GLBAL EX US REAL EST ETF IV (VNQI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD S&P 500 ETF (VOO) | A | Dividend | J | T | | | | | |
| 36. VANGUARD SMALL CAP ETF (VB) | A | Dividend | J | T | | | | | |
| 37. VANGUARD TOTAL INTERNATL BND ETF DV (BNDX) | A | Dividend | J | T | | | | | |
| 38. WISDOMTREE EUROPE SMLCP DIVIDEND ETF (DFE) | A | Dividend | J | T | | | | | |
| 39. BAIRD CORE PLUS BD INV (BCOSX) | A | Dividend | J | T | | | | | |
| 40. BMO TCH CORPORATE INCOME FD CL Y (MCIYX) | A | Dividend | J | T | | | | | |
| 41. LORD ABBETT INCOME FD CL A (LAGVX) | A | Dividend | J | T | | | | | |
| 42. METROPOLITAN WEST TOTAL RETURN BOND M (MWTRX) | A | Dividend | J | T | | | | | |
| 43. PIMCO FOREIGN BD USD HEDGED CL D (PFODX) | A | Dividend | J | T | | | | | |
| 44. PIMCO INCM CL D (PONDX) | A | Dividend | J | T | | | | | |
| 45. SCHWAB GNMA FUND (SWGSX) | A | Dividend | J | T | | | | | |
| 46. WESTERN ASSET CORE BD FD (WATFX) | A | Dividend | J | T | | | | | |
| 47. ALGER SPECTRA FUND CL A (SPECX) | A | Dividend | J | T | | | | | |
| 48. FMI INTL FD (FMIJX) | A | Dividend | J | T | | | | | |
| 49. GLENMEDE LARGE CAP GROWTH (GTLLX) | A | Dividend | K | T | | | | | |
| 50. HANCOCK HORIZON BURKENROAD SM CAP INV (HHBUX) | A | Dividend | J | T | | | | | |
| 51. JANUS HENDERSON SMALL CAP VALUE T (JSCVX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JPMORGAN EQUITY INCOME (OIEIX) | A | Dividend | K | T | | | | | |
| 53. LAZARD INTL STRATEGIC EQUITY OPEN SHARES (LISOX) | A | Dividend | J | T | | | | | |
| 54. MATTHEWS CHINA DIVIDEND FD INV (MCDFX) | A | Dividend | J | T | | | | | |
| 55. NORTHERN SMALL CAP CORE FUND (NSGRX) | A | Dividend | J | T | | | | | |
| 56. OBERWEIS INTL OPPTY FD (OBIOX) | A | Dividend | J | T | | | | | |
| 57. PARNASSUS CORE EQTY FD INV (PRBLX) | A | Dividend | J | T | | | | | |
| 58. SCHWAB FUNDAMENTAL US LARGE CO INDEX (SFLNX) (X) | B | Dividend | L | T | | | | | |
| 59. SCHWAB INTL CORE EQUITY (SICNX) | A | Dividend | J | T | | | | | |
| 60. SCHWAB S&P 500 INDEX FD (SWPPX) | A | Dividend | L | T | | | | | |
| 61. SCHWAB SMALL CAP INDEX FUND (SWSSX) | A | Dividend | K | T | | | | | |
| 62. SCHWAB TOTAL STOCK MKT INDEX (SWTSX) | A | Dividend | J | T | | | | | |
| 63. SEAFARER OVERSEAS GWTH & INCM FD INV (SFGIX) | A | Dividend | J | T | | | | | |
| 64. THIRD AVENUE REAL ESTATE VALUE FD INV (TVRVX) | A | Dividend | J | T | | | | | |
| 65. VIRTUS CEREDES MID CAP VALUE (SMVTX) (X) | A | Dividend | J | T | | | | | |
| 66. WASATCH CORE GROWTH FD INV (WGROX) | A | Dividend | J | T | | | | | |
| 67. WELLS FARGO DISCOVERY FD A (WFDAX) | A | Dividend | J | T | | | | | |
| 68. RETIREMENT PLAN #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIAA TRADITIONAL | A | Interest | J | T | | | | | |
| 70. CREF STOCK R3 | | None | J | T | | | | | |
| 71. CREF GLOBAL EQUITIES R3 | | None | J | T | | | | | |
| 72. TIAA ACC INTL EQ T1 | | None | J | T | | | | | |
| 73. TIAA ACC S&P 500 IX T1 | | None | J | T | | | | | |
| 74. TIAA ACC LG-CAP VAL IX T1 | | None | J | T | | | | | |
| 75. TIAA ACC SM-CAP BL IX T1 | | None | J | T | | | | | |
| 76. TIAA REAL ESTATE | | None | J | T | | | | | |
| 77. CREF BOND MARKET R3 | | None | J | T | | | | | |
| 78. TIAA ACC LIFECYCLE 2040 T1 | | None | L | T | | | | | |
| 79. TIAA ACC LIFECYCLE 2050 T1 | | None | J | T | | | | | |
| 80. RETIREMENT PLAN #2 (H) | | | | | | | | | |
| 81. CREF STOCK R3 | | None | J | T | | | | | |
| 82. CREF GROWTH R3 | | None | J | T | | | | | |
| 83. CREF EQUITY INDEX R3 | | None | J | T | | | | | |
| 84. CREF GLOBAL EQUITIES R3 | | None | J | T | | | | | |
| 85. TIAA ACC INTL EQT1 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TIAA ACC MD-CAP GR T1 | | None | J | T | | | | | |
| 87. TIAA ACC S&P 500 IX T1 | | None | J | T | | | | | |
| 88. TIAA REAL ESTATE | | None | J | T | | | | | |
| 89. CREF BOND MARKET R3 | | None | J | T | | | | | |
| 90. TIAA ACC LIFECYCLE 2040 T1 | | None | L | T | | | | | |
| 91. RETIREMENT PLAN #3 (H) | | | | | | | | | |
| 92. T-C LIFECYCLE 2040-INST | B | Int./Div. | K | T | | | | | |
| 93. RETIREMENT PLAN #4 (H) | | | | | | | | | |
| 94. CREF STOCK R2 | | None | J | T | | | | | |
| 95. CREF GROWTH R2 | | None | J | T | | | | | |
| 96. CREF GLOBAL EQUITIES R2 | | None | J | T | | | | | |
| 97. T-C LIFECYCLE 2040-INST | A | Int./Div. | J | T | | | | | |
| 98. RETIREMENT PLAN #5 (H) | | | | | | | | | |
| 99. SSGA CASH SERIES U.S. GOVERNMENT FUND CLASS C | A | Interest | J | T | | | | | |
| 100. FRANKLIN TEMPLETON EMERGING MARKETS DEBT OPPORTUNITIES FUND | B | Dividend | K | T | | | | | |
| 101. LOOMIS SAYLES GLOBAL BOND FUND INSTITUTIONAL CLASS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bulsara, Sanket J. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND CLASS R5 | A | Dividend | K | T | | | | | |
| 103. AMERICAN CENTURY MID CAP VALUE FUND INSTITUTIONAL CLASS | B | Dividend | K | T | | | | | |
| 104. OAKMARK EQUITY AND INCOME FUND CLASS I | C | Dividend | L | T | | | | | |
| 105. MFS VALUE FUND CLASS R3 | A | Dividend | K | T | | | | | |
| 106. ALLIANZGI MICRO CAP FUND INSTITUTIONAL CLASS | A | Dividend | J | T | | | | | |
| 107. LOOMIS SAYLES GROWTH FUND CLASS A | A | Dividend | J | T | | | | | |
| 108. ASTON/SILVERCREST SMALL CAP FUND CLASS I | B | Dividend | J | T | | | | | |
| 109. THE HARTFORD MIDCAP FUND CLASS Y | A | Dividend | K | T | | | | | |
| 110. VICTORY GLOBAL NATURAL RESOURCES FUND CLASS A | | None | K | T | | | | | |
| 111. T. ROWE PRICE REAL ESTATE FUND | A | Dividend | J | T | | | | | |
| 112. ABERDEEN EMERGING MARKETS FUND INSTITUTIONAL CLASS | A | Dividend | K | T | | | | | |
| 113. CAUSEWAY INTERNATIONAL VALUE FUND INSTITUTIONAL CLASS | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 1: This position was terminated prior to taking the bench.

Part II: Employer contributions to these accounts ended upon separation. Interest in the defined benefit plan was terminated in 2017. Self-directed holdings are included in Part VII.

Part VII, line 5, Column C(2): The estimated value of this investment is determined by the LLC based upon the market value of its holdings (rental real estate); a more precise valuation method is not available.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, Column D: Transactions through 11/22/17 overlap with the initial reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sanket J. Bulsara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544